IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| GLOBAL NATURAL, LLC<br><br>Plaintiff,<br><br>v.<br><br>HAKAN AGRO DMCC, *et al.*<br><br>Defendants. | Case No. 1:17-CV-01799-GLR |

**DEFENDANT AGROPEX INTERNATIONAL INC.'S MOTION TO DISMISS THE COMPLAINT FOR FAILURE TO STATE A CLAIM PURSUANT TO RULE 12(b)(6) AND FOR FAILURE TO JOIN A NECESSARY PARTY PURSUANT TO RULE 12(b)(7)**

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(b)(7), Defendant Agropex International Inc. ("Agropex") respectfully moves this Court to dismiss the Complaint in its entirety against Agropex for failure to state a claim and for failure to join a necessary party. As explained in Agropex's supporting memorandum, Global Natural has failed to alleged facts sufficient to support any of its four claims against Agropex. Additionally, Global Natural has failed to serve, and thus join, the other defendants, who are necessary and indispensable parties. For these reasons, the Court should dismiss the Complaint against Agropex.

Dated: September 15, 2017

Respectfully Submitted,

/s/ Michael B. MacWilliams
Michael B. MacWilliams (D. Md. Bar No. 23442)
MBMacWilliams@Venable.com
Elizabeth C. Rinehart (D. Md. Bar No. 19638)
ECRinehart@Venable.com
VENABLE LLP
750 E. Pratt Street
Suite 900
Baltimore, Maryland 21202
Tel: (410) 244-7400
Fax: (410) 244-7742

*Attorneys for Defendant*
*Agropex International Inc.*