IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

GLOBAL NATURAL, LLC

Plaintiff,

v.

HAKAN AGRO DMCC, *et al.*

Defendants.

Case No. 1:17-CV-01799-GLR

**DEFENDANT AGROPEX INTERNATIONAL INC.'S
MOTION TO DISMISS GLOBAL NATURAL'S FIRST AMENDED COMPLAINT**

Pursuant to Local Rule 101.2(b), Defendant Agropex International Inc. ("Agropex") respectfully requests that the Court dismiss Global Natural, LLC's ("Global Natural") First Amended Complaint (ECF 15) with prejudice. Local Rules 101.1(a) and 101.2(b) require that a corporate party be represented by counsel. Under Rule 101.2(b), failure of a corporate party to obtain counsel can result in dismissal of affirmative claims. On January 17, 2018, the Court granted Global Natural's then-counsel's motion for leave to withdraw (ECF 25). In the order, the Court afforded Global Natural "thirty (30) days [to] … obtain[] new counsel" and "forewarn[ed] Global Natural that failure to respond may result in dismissal of its case …." *Id.* Thirty days have passed. Global Natural has not responded to the Court's order, and no attorney has newly entered an appearance on behalf of Global Natural. Accordingly, Agropex requests that Global Natural's First Amended Complaint be dismissed and that, given Global Natural's disregard of the Court's prior warning, the dismissal be with prejudice.

Dated: February 21, 2018

Respectfully Submitted,

/s/ Michael B. MacWilliams
Michael B. MacWilliams (D. Md. Bar No. 23442)
MBMacWilliams@Venable.com
Elizabeth C. Rinehart (D. Md. Bar No. 19638)
ECRinehart@Venable.com
VENABLE LLP
750 E. Pratt Street
Suite 900
Baltimore, Maryland 21202
Tel: (410) 244-7400
Fax: (410) 244-7742

*Attorneys for Defendant*
*Agropex International Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 21, 2018, I filed a true and correct copy of the foregoing motion though the Court's CM/ECF system and mailed a copy of same to the following addresses:

Coleen Pleasant Kline
Miles & Stockbridge P.C.
100 Light Street
Baltimore, MD 21202
*Resident Agent for Plaintiff Global Natural, LLC*

Global Natural, LLC
303 Second Street, Suite B
Annapolis, MD 21403
*Address registered to Plaintiff Global Natural, LLC*

/s/ Elizabeth C. Rinehart
Elizabeth C. Rinehart