IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GLOBAL NATURAL, LLC, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. GLR-17-1799 |
| HAKAN AGRO DMCC, et al., | : | |
| Defendants. | : | |

**ORDER**

THIS MATTER is before the Court on Defendant/Counter-Plaintiff Agropex International, Inc.'s ("Agropex") unopposed Motion to Dismiss Global Natural's First Amended Complaint (ECF No. 27).[1] Upon consideration of Agropex's unopposed Motion, the Court concludes that it is meritorious and well founded.

Accordingly, it is this 4th day of April, 2018, by the United States District Court for the District of Maryland, hereby:

ORDERED that Agropex's Motion to Dismiss Global Natural's First Amended Complaint (ECF No. 27) is GRANTED;

IT IS FURTHER ORDERED that Agropex is DISMISSED as a Defendant in this case; and

[1] Also pending before the Court is Agropex's Motion to Dismiss the Complaint for Failure to State a Claim Pursuant to Rule 12(b)(6) and for Failure to Join a Necessary Party Pursuant to Rule 12(b)(7) (ECF No. 12). Because the Court will grant Agropex's Motion to Dismiss Global Natural's First Amended Complaint, the Court will deny this Motion as moot.

IT IS FURTHER ORDERED that Agropex's Motion to Dismiss the Complaint for Failure to State a Claim Pursuant to Rule 12(b)(6) and for Failure to Join a Necessary Party Pursuant to Rule 12(b)(7) (ECF No. 12) is DENIED AS MOOT.

/s/
George L. Russell, III
United States District Judge